930

No. 80–5911.  HILL v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5912.  AVILES v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY, ET AL.  Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–5915.  PREACHER v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 80–5917.  FLENNER v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 80–5922.  GRAVES v. WILLIAMS, SHERIFF.  Ct. App. Wis.  Certiorari denied.

No. 80–5923.  PUSCH ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.

No. 80–5924.  TENG ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 80–5930.  KEEZER ET AL. v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 80–5934.  SULLIVAN v. SOWDERS, PENITENTIARY SUPERINTENDENT, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–5935.  KANASOLA v. SMITH, ATTORNEY GENERAL, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 80–5941.  BROUGHTON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.